


(http://wabi.tv/)

WABI TV5 (http://wabi.tv/)

Home (http://wabi.tv/)    News (http://wabi.tv/category/news/)    Weather (http://wabi.tv/weather/)

Sports (http://wabi.tv/category/sports/)    Features (http://wabi.tv/category/features/)    Schedule (http://wabi.tv/schedule-home/)

Events (http://wabi.tv/events/)    Classifieds (http://wabi.tv/classifieds/)    Search here...



# Hearing in Wrongful Death Suit Against Bangor PD



Posted Tuesday, June 24th, 2014 at 12:25 pm.
Updated 3 days ago
By John Krinjak (http://wabi.tv/author/jkrinjak/)



(http://www.facebook.com/WABITV5)

Live Streaming (...er.com/WABI_TV5)

(http://wabi.tv/live/)

BANGOR

**61** F

few clouds
humidity: 67%
wind: 3mph N
H 61 • L 61



There was a hearing Tuesday morning in the wrongful death lawsuit filed by the father of a man who was tased by Bangor Police.

28-year-old Phillip McCue of Bangor died in September of 20-12, five days after police subdued him with a taser.

Police say he was on bath salts.

The federal suit claims police used excessive force and failed to give McCue proper medical treatment.

The Taser company is being sued too.

This morning Michael McCue's lawyer David VanDyke responded to a motion from Taser asking for clarification.

McCue claims the company failed to provide adequate warnings for the device and that there could have been a defect in design.

Lawyers for Bangor PD filed a motion to strike references to specific pieces of evidence from McCue's complaint, which was published in the Bangor Daily News in March.

**MOST VIEWED NEWS**


Islesboro Police: Lock Up Your Meds (http://wabi.tv/2014/06/26/islesboro-police-lock-meds/)


CMP Reminds People Not to Post Signs on Power Poles (http://wabi.tv/2014/06/26/cmp-reminds-people-post-signs-power-poles/)

http://wabi.tv/2014/06/24/hearing-wrongful-death-suit-bangor-pd/    6/27/2014

They argue making that information public before trial could cause prejudice among potential jurors.

"The city said it's okay to point out that he was smothered and killed, but they were objecting to the fact that I was pointing out that certain evidence showed it, for example videotapes and EMT reports. So they didn't want me actually referencing the precise evidence which showed what I said that it showed. We anticipate the evidence will show that the death was unnecessary, could have and should have been avoided," said VanDyke.

Police lawyers claim McCue was out of control and posed a threat to himself and others, and that officers acted responsibly.

The attorney general's office ruled last year that officers were justified when they used the taser on McCue.

An autopsy revealed he died from complications from bath salts.

Share this:
- Facebook 25 (http://wabi.tv/2014/06/24/hearing-wrongful-death-suit-bangor-pd/?share=facebook&nb=1)
- Twitter 1 (http://wabi.tv/2014/06/24/hearing-wrongful-death-suit-bangor-pd/?share=twitter&nb=1)
- Reddit (http://wabi.tv/2014/06/24/hearing-wrongful-death-suit-bangor-pd/?share=reddit&nb=1)
- Email (http://wabi.tv/2014/06/24/hearing-wrongful-death-suit-bangor-pd/?share=email&nb=1)
- Print (http://wabi.tv/2014/06/24/hearing-wrongful-death-suit-bangor-pd/#print)

**Related Posts:**

   

- Jeskey Trial: Day 4 (/2013/12/19/jeskey-trial-day-4/)
- Mother Of Paris Hit-and-run Victim Speaks Out (/2014/03/20/mother-paris-hit-run-victim-speaks/)
- Rt. 1 in Warren Closed Due to 2 Vehicle Crash (/2014/03/20/rt-1-warren-closed-due-2-vehicle-crash/)
- Crash in Warren Kills One, Leaves Two Critically Injured (/2014/03/20/crash-warren-kills-one-leaves-two-critically-injured/)

0 Comments   WABI TV5                    Login

Sort by Best                             Share   Favorite

 Start the discussion...

Be the first to comment.

 Subscribe    Add Disqus to your site

 Greene Man Accused of Murder Reaches Deal with Prosecutors (http://wabi.tv/2014/06/26/greene-man-accused-murder-reaches-deal-prosecutors/)



