# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL McCUE, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | )    No. 1:14-cv-00098-GZS |
| | ) |
| CITY OF BANGOR, et als., | ) |
| | ) |
|       Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 26) filed June 13, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion to Dismiss All Claims for Punitive Damages filed by the City of Bangor (ECF No. 11) is **GRANTED**, and that, therefore, Plaintiff's punitive damage claim against the City of Bangor is hereby **DISMISSED**.

                                                                         /s/ George Z. Singal
                                                                 United States District Judge

Dated this 17th day of July, 2014.