## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL McCUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:14-cv-00098-GZS |
| | ) | |
| CITY OF BANGOR, et als., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Amended Recommended Decision (ECF No. 44) filed July 28, 2014, the Amended Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Amended Joint Motion to Dismiss (ECF No. 30) is **DENIED**.

        /s/ George Z. Singal
        United States District Judge

Dated this 19th day of August, 2014.