# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL McCUE, in his capacity | ) | |
| as personal representative of the Estate of | ) | |
| Philip McCue, | ) | |
| | ) | |
| Plaintiff, | ) | Docket no. 1:14-cv-98-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY of BANGOR, MAINE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PROCEDURAL ORDER ON EXTRAJUDICIAL COMMENTS

Before the Court is the Defendants' Joint Motion for Order Prohibiting Certain Comments (ECF No. 48). The Court held oral argument on this fully briefed Motion on October 28, 2014. Having considered all of the parties' written and oral submissions, the Court hereby DENIES the Motion for reasons stated on the record. This denial is without prejudice to the Motion being renewed at a later date based on any new information.

However, as indicated at oral argument, the Court hereby adopts Maine Rule of Professional Responsibility 3.6 as a procedural order that shall govern counsel going forward in this case. Rule 3.6 reads in relevant part:

> A lawyer involved . . . in representing a party to a civil cause shall not make or participate in making any extra-judicial statement which poses a substantial danger of interference with the administration of justice.

Counsel are hereby placed on notice that failure to comply with this Order may result in sanctions.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of October, 2014.