

```
                UNITED STATES DISTRICT COURT
                     DISTRICT OF MAINE


                                  Civil Action
                                  Case No. 1:14-cv-00098-GZS


* * * * * * * * * * * * * * * * * *
                                   *
MICHAEL MCCUE, individually and as *
Personal Representative of the Estate *
of Phillip McCue, Deceased,        *
                                   *
           Plaintiff               *
                                   *
    v.                             *
                                   *
CITY OF BANGOR, MAINE, et al.,     *
                                   *
           Defendants              *
                                   *
* * * * * * * * * * * * * * * * * *
```

DEPOSITION OF:   JEFFREY MISHOU

BEFORE:  Lisa Fitzgerald, Notary Public, at the offices of Richardson, Whitman, Large & Badger, One Merchants Plaza, Bangor, Maine on September 26, 2014, beginning at 10:46 a.m.


David Van Dyke, Esq.                       For the Plaintiff

Joshua A. Randlett, Esq.                   For the
Frederick J. Badger, Jr., Esq.             City of

EXHIBIT 8



MICHAEL MCCUE v. CITY OF BANGOR
MISHOU, JEFFREY on 09/26/2014

Pages 6..9

Page 6

1  Q. Okay. Have you ever met an individual by the name of
2     Phillip McCue?
3  A. Yes.
4  Q. How did you meet him?
5  A. He lived across the hall from me.
6  Q. And would that have been at 18 First Street?
7  A. Yes.
8  Q. Do you know where he was living as of September 12th,
9     2012?
10 A. I can't remember the exact apartment number, but he did
11    live across the hall from me at 18 First Street. It's a
12    rooming house.
13 Q. Okay. So the two of you both lived at 18 First Street
14    at that time?
15 A. Yes.
16 Q. What floor was your room on?
17 A. The third floor.
18 Q. Do you know where Mr. McCue's room was?
19 A. Directly across the hall from me on the third floor.
20 Q. So also the third floor?
21 A. Yep.
22 Q. So are you aware of the fact that on September 12th,
23    2012, Mr. McCue had some form of interaction with
24    members of the Bangor Police Department?
25 A. Yes, I do remember that.

Page 7

1  Q. Okay. I'll just -- for ease of reference, I'll just
2     refer to that as the incident, so if I say that, that's
3     what I'm talking about, and if you're confused when I
4     say it, let me know.
5  A. Sounds good.
6     MR. VAN DYKE: The incident is going to be the
7     interaction between Phil and the Bangor Police
8     Department?
9     MR. RANDLETT: Yes. At 18 First Street. I'll put
10    it that way just so that we're all on the same page.
11 BY MR. RANDLETT:
12 Q. So do you remember what happened, or do you remember if
13    anything happened between Mr. McCue and the Bangor
14    Police Department on September 12th, 2012?
15 A. The way I recall the events, I heard a lot of commotion
16    that night. I was actually in my room having a couple
17    of beers and watching TV, and I heard a bunch of racket
18    out in the hallway.
19    I came out, and I saw Mr. McCue kicking somebody
20    else's door on the third floor, and, you know, I went
21    out and asked him what his problem was. I go, here,
22    have a cigarette, calm down, you know, obviously there's
23    something wrong here.
24    I gave him a beer, actually, and I left my door
25    open, and I was in my room talking to one of my

Page 8

1     neighbors, and all I remember is I saw him jump over the
2     third floor banister onto the stairs going down to the
3     second floor and him running out the door, and obviously
4     this was kind of unusual, so I went downstairs to see
5     what was going on because you could hear it all
6     throughout the building.
7     I came down to the second floor and was met by a
8     woman police officer, I believe her name was Kimberly
9     Donnell. I actually used to work with her at Shaw's
10    before she was a police officer.
11    She asked me if I had seen Mr. McCue, and obviously
12    he had already run away, I didn't know where he went.
13    Then I went down onto the front porch and there
14    were police everywhere. They were obviously searching
15    for the said person that you're discussing here.
16    That's all I saw that night and I remember talking
17    to the police, giving them my statement.
18 Q. Okay. I'd like to just kind of take what you said and
19    break it into segments and ask you a few more detailed
20    questions about that.
21    I think it started out in your room, and you heard
22    some sort of commotion or racket or noise or something?
23 A. That's correct.
24 Q. Do you remember what you heard?
25 A. It just sounded like somebody was, you know, either

Page 9

1     pounding on a wall or kicking a wall or something, and I
2     came out, and I saw Phil kicking his neighbor's door,
3     one of the people that lived on the third floor there.
4  Q. Okay. Did you hear any sort of talking or yelling or
5     anything like that?
6  A. Yeah, I remember him actually yelling and asking the
7     person behind the door that he was kicking for some type
8     of substance or something.
9  Q. Okay. Do you remember what he was yelling about?
10 A. He said he wanted another hit or something.
11 Q. Okay.
12 A. And then I gave him a beer and a cigarette and told him
13    to calm down. That's when he jumped the banister a
14    couple of minutes later.
15 Q. Do you know whose door he was kicking on?
16 A. I only know the person's first name. His name was
17    Charles.
18 Q. You said that he had been asking for another hit of
19    something.
20    Do you know what he was asking for a hit of?
21 A. Oh, gees, I assumed it was probably bath salts because
22    that was pretty rampant at the time in this town.
23 Q. Okay. On September 12th prior to hearing all of this
24    noise that you described, had you seen Mr. McCue earlier
25    that day?



MICHAEL MCCUE v. CITY OF BANGOR
MISHOU, JEFFREY on 09/26/2014

Pages 10..13

Page 10

1  A.  No, I was actually at my mother's that day.
2  Q.  Do you know whether or not Mr. McCue did any drugs on
3      September 12th?
4  A.  No. I do not. I didn't see him ingest anything.
5  Q.  Okay. Did you -- when you were hearing him talking or
6      yelling or whatever you described, do you remember him
7      saying anything about drugs?
8  A.  Not to me, but he was yelling behind that door trying to
9      obviously talk to the guy that was behind the door, you
10     know.
11 Q.  So after you heard this noise, did you go out of your
12     room?
13 A.  I opened my door, yes, to see what was happening. Like
14     I said, I saw him kicking the door and screaming,
15     whatever, asking for more of whatever substance because
16     him and the guy were friends that lived there.
17        I came out to see what was going on, and obviously,
18     like I said before, he was very distraught, you know,
19     seemed like he was on edge.
20 Q.  Okay.
21 A.  And I offered him a cigarette, calm down, what's wrong,
22     and actually I gave him a beer, you know, hey, calm
23     down, the cops are going to be coming, you don't want to
24     get in trouble, do you? Just trying to ease his mind,
25     you know, trying to be a nice person.

Page 11

1         Then I went -- I left my door open. I went back
2      into my room because I was hanging out -- my neighbor
3      came over to see what was going on, and we were sitting
4      in my room -- obviously it's a rooming house, so you
5      have a common area -- and Phil was out in the hall, and
6      then I remember him screaming something and then he
7      jumped that banister, hit the stairs, put a hole in the
8      wall, and then out the door he went. And that was the
9      last I saw of him.
10 Q.  Okay. I believe you said just a couple of minutes ago
11     that Phil looked distraught?
12 A.  Yep.
13 Q.  What do you mean by that?
14 A.  Well, just looked very flustered, upset about something.
15 Q.  Was he physically doing anything at the time that you
16     opened your door other than kicking on the door that you
17     observed?
18 A.  Well, stomping back and forth up the hall.
19 Q.  He was stomping back and forth up the hall?
20 A.  Yeah, pacing back and forth. And then he started
21     kicking that door.
22 Q.  Was he being loud at that time?
23 A.  Very loud.
24 Q.  Okay. Do you remember whether or not you ever observed
25     Mr. McCue hitting his head?

Page 12

1  A.  No.
2  Q.  You don't recall?
3  A.  No, I don't recall.
4  Q.  Do you recall whether or not he ever said anything about
5      not being able to get something out of his head?
6  A.  Not that I recall, no.
7  Q.  So at some point you said that he had jumped over a
8      railing?
9  A.  Yep.
10 Q.  Can you just describe the area of what -- if we were to
11     take a picture and look at the area of where he jumped
12     from, can you just tell me what that looked like?
13 A.  Yep, I can explain it from the view of where my room
14     door was. You open my door, and there's a banister
15     railing, and on the other side there's a handrail that
16     goes down a set of stairs.
17        You look to the right, right outside my door, the
18     railing goes around and curves to the side of the door
19     that he was kicking at the end of the hallway, and, you
20     know, obviously from where he jumped over right there in
21     front of that door, there's probably an 8-foot drop onto
22     a 12, 13 set of stairs, and he landed both feet, one on
23     the lower stair and one on the upper stair, and his
24     elbow or shoulder went through the wall, and then he
25     just boogied out the door.

Page 13

1      That was the last I saw of him.
2  Q.  Did you see where he landed and where his elbow hit the
3      wall?
4  A.  Yep.
5  Q.  Did that make any damage to the wall that you observed?
6  A.  Yeah, it put a hole in the wall.
7  Q.  About how big would you say the hole was?
8  A.  Oh, gees, maybe that big (indicates).
9  Q.  And just for the record -- she can't take down how big
10     that is.
11 A.  A little bigger than a softball, maybe.
12 Q.  I think you said at one point before Mr. McCue jumped
13     off the banister, one of your neighbors came over into
14     your room?
15 A.  Yep.
16 Q.  Who was that neighbor?
17 A.  I believe his name was -- his first name was Jeremy. I
18     believe his last name was Scripture. I believe. It's
19     been a couple of years.
20 Q.  Okay. What were you and Jeremy doing at that time that
21     he came over to your room?
22 A.  Just wondering why Phil was flipping out. Obviously, it
23     was later in the evening and the racket was loud enough
24     to the point where the manager on the third floor -- the
25     first floor called the police. So it was quite loud.



Page 18

1  long time ago. And this would be McCue's room. Window.
2  And this is the banister. The stairs (indicates).
3  Q. Can you indicate the direction of the stairs?
4  A. They go down (indicates).
5  Q. Just so I understand what you're saying, when you saw
6     Phil McCue after you heard the commotion, he was in
7     front of Charles' apartment sort of kitty-corner from
8     yours?
9  A. Yes.
10 Q. How many minutes do you think you observed him?
11 A. Between him kicking the door, pacing back and forth and
12    yelling or talking very loudly, probably the span
13    between 3 and 5 minutes.
14 Q. Okay. And when he jumped the banister to land on the
15    stairs, he would have jumped the banister from the side
16    of the hallway --
17 A. Right here, from in front of Charles' door.
18 Q. Okay. How high was the banister there, do you think?
19 A. It was probably an 8-foot drop to where he fell, landed
20    on the stairs.
21 Q. Was the banister made out of wood?
22 A. Yes.
23 Q. How high do you think the banister was off the floor?
24 A. Probably 3 feet.
25 Q. And after you left your room and went downstairs and met

Page 19

1     Officer Donnell, what floor did you meet Officer Donnell
2     on?
3  A. The second floor I ran into her.
4  Q. She was coming upstairs?
5  A. She was already upstairs in the hallway.
6  Q. She was already upstairs on the second floor?
7  A. Yes.
8  Q. Was she heading to the third floor?
9  A. I do not know where she was heading. She was looking
10    for Mr. McCue. All I saw was her, the beer that I gave
11    Mr. McCue, the beer bottle. I saw, you know,
12    beer/liquid all over the wall and the beer in the middle
13    of the hallway, and that's when I ran into her.
14 Q. And that is the time that you gave your statement? Or
15    did you give your statement at a later time?
16 A. I gave my statement at a later time.
17 Q. The same day?
18 A. I -- I don't know when they took my official statement,
19    if it was that night, but I did talk to Ms. Donnell and
20    a male police officer.
21    I believe the police department came back the next
22    day to get the official version of my statement, I
23    believe.
24 Q. Your best recollection is that they made a second trip
25    the next day?

Page 20

1  A. I believe so, yes.
2     MR. VAN DYKE: I have nothing further. Thank you,
3  sir.
4     THE WITNESS: All right.
5     MR. VAN DYKE: Josh may have some brief redirect.
6     (Deposition Exhibit No. 3, Sketch, was marked for
7  identification.)
8     MR. RANDLETT: That's all I have.
9     MR. VAN DYKE: You have the right to read and sign,
10 which means that a little booklet is going to be made of
11 the questions and the answers, and usually the court
12 reporter is spot on but sometimes errors are made, so
13 you have the right to either read it and fix any errors
14 or just waive that and be done with it.
15    THE WITNESS: I, myself, I believe I'm done here,
16 so I'll just waive that.
17    MR. RANDLETT: Okay.
18    (The deposition was concluded at 11:35 a.m.)

Page 21

CERTIFICATE

I, Lisa Fitzgerald, a Notary Public in and for the State of Maine, hereby certify that on September 26, 2014, personally appeared before me JEFFREY MISHOU, the within-named deponent, who was sworn to testify to the truth, the whole truth, and nothing but the truth, in the cause of action MICHAEL MCCUE, individually and as Personal Representative of the Estate of Phillip McCue, Deceased v. CITY OF BANGOR, MAINE, et al., now pending in the UNITED STATES DISTRICT COURT, DISTRICT OF MAINE; and that this deposition was stenographically reported by me and later reduced to typewritten form with the aid of computer-aided transcription; and the foregoing is a full and true record of the testimony given by the witness.

I further certify that I am a disinterested person in the event or outcome of the above-named cause of action.

I further certify that the adverse party was duly notified according to law to attend at the taking of said deposition and did attend.

IN WITNESS WHEREOF, I subscribe my hand and affix my seal this October 3, 2014.     *Lisa Fitzgerald*

LISA FITZGERALD, NOTARY PUBLIC
Court Reporter
My commission expires: May 10, 2018

