IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCCUE, individually and as Personal representative of the estate of Phillip McCue, Deceased )))) | |
| Plaintiff  ) | Civil Action |
| ) | Case No. 1:14-cv-0098-GZS |
| V.  ) | |
| ) | |
| CITY OF BANGOR, MAINE *et als.*  ) | |
| ) | |
| Defendants  ) | |

**AFFIDAVIT OF DAVID J. VAN DYKE, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT/NOTICE OF FILING OF EXCERPTS OF DISCOVERY**

David J. Van Dyke, Esq., being duly sworn, deposes and states as follows:

1. I am David J. Van Dyke, a member of the Bar of this Court, a principal of the law office of Lynch & Van Dyke Esqs., Lewiston, Maine, and trial counsel for the Plaintiff in this matter. I make this Affidavit in support of Plaintiff's Opposition to Defendants' Joint Motion for Summary Judgment [Docket No. 83]. I make the statements contained herein upon my own personal knowledge and know them to be true.

2.  Attached hereto as Exhibit "1" is a true and correct copy of all pages of the transcript of the oral deposition of Defendant Wade Betters referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Betters Depo."

3.  Attached hereto as Exhibit "2" is a true and correct copy of all pages of the transcript of the oral deposition of Defendant Kimberly Donnell referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Donnell Depo."

4.  Attached hereto as Exhibit "3" is a true and correct copy of all pages of the transcript of the oral deposition of Defendant David Farrar referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Farrar Depo."

5.  Attached hereto as Exhibit "4" is a true and correct copy of all pages of the transcript of the oral deposition of Defendant Joshua Kuhn referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Kuhn Depo."

6.  Attached hereto as Exhibit "5" is a true and correct copy of the transcript of the oral deposition, pursuant to Rule 30(b)(6) of the Maine Criminal Justice Academy referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "MCJA Depo."

7.  Attached hereto as Exhibit "6" is a true and correct copy of all pages of the transcript of the oral deposition of EMT David Rudolf referenced in

Plaintiff's Counter-Statement of Material Facts in Dispute as "Rudolf Depo."

8. Attached hereto as Exhibit "7" is a true and correct copy of all pages of the transcript of the oral deposition of EMT John York referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "York Depo."

9. Attached hereto as Exhibit "8" is a true and correct copy of all pages of the transcript of the oral deposition of Defendant Bangor, pursuant to Rule 30(b)(6) referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Bangor Depo."

10. Attached hereto as Exhibit "9" is a true and correct copy of Exhibit 2 to the Deposition of EMT David Rudolf [Patient Care Report from Bangor Fire Department, Incident No. 1953619].

11. Attached hereto as Exhibit "10" is a true and correct copy of the Amended Notice of Deposition of Defendant Bangor, pursuant to Rule 30(b)(6), together with incorporated schedules.

12. Attached hereto as Exhibit 11 is a true and correct copy of the "Car 22 [video] Timeline", chronologically synchronized to the Car 22 video [Exhibit "20" to Defendants' Motion], prepared by the undersigned's office as an aid to the Court – introduced as an exhibit to Plaintiff's earlier Notice of Intent to Use Expert Testimony in this matter – which I believe to be in all respects accurate and correct.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Affidavit of Thomas Aveni, dated May 7, 2015.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Affidavit of David Hile M.D., dated May 11, 2015.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Affidavit of Judith Melinek M.D., dated May 19, 2015.

16. Attached hereto as Exhibit "15" is a true and correct copy of all pages of the transcript of the oral deposition of Joel Pelletier referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Pelletier Depo."

17. Attached hereto as Exhibit "16" is a true and correct copy of all pages of the transcript of the oral deposition of Defendant Charles Cromwell referenced in Plaintiff's Counter-Statement of Material Facts in Dispute as "Cromwell Depo."

Sworn to on the pains and penalties of perjury this 27th of May, 2015.

/s/ David J. Van Dyke, Esq.
David J. Van Dyke Esq.

STATE OF MAINE
ANDROSCOGGIN, SS.                               May 27, 2015

Personally appeared the above-named David J. Van Dyke, Esq. to me personally known, and made oath that the statements by him in the foregoing Affidavit are true and correct to the best of his knowledge and belief.

4

Before me,

/s/ Kathy A. Snape

Notary Public

# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

I hereby certify that on May 27, 2015, I electronically filed the within

**AFFIDAVIT OF DAVID J. VAN DYKE ESQ.**
**IN OPPOSITION TO DEFENDANTS' JOINT**
**MOTION FOR SUMMARY JUDGMENT/QUALIFIED IMMUNITY**
**[DOCKET NO. 83]**

using the DM/ECF system which will send notification of such filing to co-counsel for Plaintiff and counsel for Defendants, and I hereby certify that same shall be timely mailed by United States Postal Service or otherwise served upon Plaintiff.

/s/ David Van Dyke, Esq.
Lynch & Van Dyke
261 Ash Street - P.O. Box 116
Lewiston, Maine 04243-0116
Tel. 207-786-6641
dvandyke@HLRVD.com