# EXHIBIT 14
# (AFFIDAVIT OF JUDITH MELINEK, M.D., MAY 19, 2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MICHAEL MCCUE, individually and as )
Personal representative of the estate of )
Phillip McCue, Deceased )
)
    Plaintiff ) Civil Action
) Case No. 1:14-cv-00098-GZS
V. )
)
CITY OF BANGOR, MAINE *et als.* )
)
    Defendants )

## AFFIDAVIT OF JUDY MELINEK

Judy Melinek, being duly sworn, deposes and states as follows:

1. I am Judy Melinek, an individual and a medical doctor resident of San Francisco, California. I am a licensed forensic pathologist. I earned my undergraduate degree from Harvard University, my medical degree from UCLA Medical School (with honors) and pathology residency at UCLA Medical Center. I trained in forensic pathology at the Office of the Chief Medical Examiner in New York City from 2001-2003. I have published in the medical literature on the topics of pathology, surgical complications, transplantation surgery and immunology. I have been qualified as an expert witness in the fields of pathology, forensic pathology and cause of death determination over

130 times in California, New York, Florida, Utah and Texas. I am currently licensed to practice medicine in California and New York. I am board certified in anatomic, clinical and forensic pathology and have experience and training interpreting autopsy reports, toxicology reports, medical records and police reports to determine the cause and manner of death.

2. I have reviewed, among other materials, the following: Autopsy report of Phillip McCue (the Decedent herein), case number 12-01850, together with autopsy photographs labeled 12-1850MCCUE-ph01.JPG through 12-1850MCCUE-ph37.JPG and microscopic slides stained with Hematoxylin and Eosin (H & E) labeled 1-9 for case number 12-01850; enhanced and unenhanced videos and associated transcripts; EMMC medical reports for the Decedent (5 parts, dates of service September 12-17, 2012); Bangor Police and Fire Department reports including EMS incident report 1953619, Police incident reports and tables including, among others, criminal activity reports dated September 12, 2012 case number 12-067423 authored by Officers Betters, Blanchard, Donnell, Farrar and Kuhn; Maine Medical Examiner reports; NMS Toxicology Report dated November 12, 2012; Supplemental Toxicology Report dated June 28, 2013; Affiliated Labs additional information dated July 31, 2013; Mark Flomenbaum M.D., Ph. D. letter dated August 21, 2013; Supplemental Certificate of Death for the Decedent dated April 9, 2013; letter from Maine Assistant Attorney General Brian McMaster, Director of Investigations, to Mark Hathaway, Interim Chief, Bangor Police Department, dated April 30, 2013.

3. The Decedent died from complications of a struggle with prone physical restraint in the context of excited delirium from alpha-pyrrolidinovalerophenone (Alpha-PVP) intoxication.

4. The mechanism of death was likely a lethal cardiac arrhythmia precipitated by the hyper-adrenergic state caused by excited delirium, though it appears that lethal trauma from neck compression was not sufficiently ruled out by this autopsy, which lacked a layered posterior back and neck dissection or a spinal cord examination.

5. The manner of death in this case is better classified as a homicide rather than an accident because the actions (e.g., physical altercation and prone restraint) and inactions (e.g., lack of recognition of distress and immediate medical attention) of others, specifically, officers of the Bangor Police and Fire Departments, were directly responsible for this death.

Sworn to on the pains and penalties of perjury this 19th of May, 2015.

Judy Melinek

STATE OF CALIFORNIA
             , SS.                                    May __, 2015

    Personally appeared the above-named Judy Melinek M.D., to me personally known, and made oath that the statements by her in the foregoing Affidavit are true and correct to the best of her knowledge and belief.

                                                    Before me,


                                                    Notary Public


> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of SAN FRANCISCO
Subscribed and sworn to (or affirmed)
before me on this 19TH day of MAY, 20 15, by
JUDY MELINEK
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____ (Seal)

JONATHAN LAI
Commission # 2070873
Notary Public - California
San Francisco County
My Comm. Expires Jun 8, 2018