UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL McCUE, | ) |
|           Plaintiff, | ) |
| v. | ) Docket no. 1:14-cv-98-GZS |
| CITY OF BANGOR, et al., | ) |
|           Defendant. | ) |

**ORDER VACATING JUDGMENT**

On November 6, 2015, the Clerk entered Judgment as well as an order indicating that any request for attorney's fees could be filed in accordance with Local Rule 54. 2 (ECF No. 113). The Court hereby VACATES this Judgment and corresponding order regarding attorney's fees.

As noted in the Judgment and the Order Affirming Recommended Decision, the Court has yet to resolve Plaintiff's state law claims against the Defendants as well as Plaintiff's claims against the individual Defendants for excessive force occurring after Phillip McCue ceased resisting the efforts to apprehend and detain him. However, the initial round dispositive motion practice focused on resolving the issues on the basis of qualified immunity. (See 9/22/15 Recommended Decision (ECF No. 102) at 19-20 & 26 n. 27.) Thus, the Court anticipates that the parties will conference with the Magistrate Judge to determine an appropriate schedule for resolving the remaining claims that were not resolved by the prior round of dispositive motions.

SO ORDERED.

                                                  /s/ George Z. Singal
                                                  United States District Judge

Dated this 17th day of November, 2015.